# Court of Appeals
# of the State of Georgia

ATLANTA, June 17, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1916. RYAN BRUCE v. LAUREN EVANS.

Lauren Evans and Ryan Bruce were divorced in 2023. Evans subsequently filed a petition seeking to hold Bruce in contempt of the divorce decree, which the trial court granted. Bruce filed an OCGA § 9-11-60 (d) motion to set aside the judgment, which the trial court denied. Bruce next filed a motion for reconsideration, which the trial court also denied. Bruce has filed a direct appeal of the contempt order and the orders denying his motion to set aside the judgment and his motion for reconsideration. We, however, lack jurisdiction.

First, appeals from orders in "divorce, alimony, and other domestic relations cases," including orders holding persons in contempt of such orders, must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b); see *Evans v. Jackson*, 368 Ga. App. 170, 173 (1) (b) (889 SE2d 343) (2023). Second, appeals from orders denying motions to set aside under OCGA § 9-11-60 (d) also must be initiated by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). Finally, the denial of a motion for reconsideration is not directly appealable. *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).

"Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Bruce did not file an application for discretionary appeal, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__06/17/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*